IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEFF LAVALLIERE, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| THE CITY OF PHILADELPHIA, et al., | : | No. 12-1357 |
| Defendants. | : | |

## ORDER

**AND NOW**, this **29th** day of **June, 2012**, upon consideration of Defendants' Partial Motion to Dismiss, Plaintiff's response thereto, and for the reasons provided in this Court's Memorandum dated June 29, 2012, it is hereby **ORDERED** that:

1. Defendants' motion (Document No. 5) is **GRANTED**.

2. The claims against Officers Velez and Cartagena are **DISMISSED with prejudice**.

3. Plaintiff's invasion of privacy claims arising from the incidents of March 25, 2009 and November 13, 2010 are **DISMISSED with prejudice**.

4. Plaintiff's Title VI claim is **DISMISSED without prejudice**. Plaintiff may file an Amended Complaint to plead a Title VI cause of action. If Plaintiff elects to file an Amended Complaint, he shall do so on or before July 13, 2012.

BY THE COURT:

_____
**Berle M. Schiller, J.**